JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | Case No.  8:10-ml-02151 JVS (ASx) |
| | Assigned to:  Hon. James V. Selna |
| | Discovery:  Mag. Alka Sagar |
| This document relates to: | **ORDER ON STIPULATION OF DISMISSAL (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| *Lawrence Cross v. Toyota Motor Corporation, et al.* Case No. 8:11-cv-00642-JVS-AS | |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiff's claims, actions and causes of action asserted against defendants. Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees. The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  November 05, 2024

Honorable James V. Selna